**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **In re:** | **BK 10-43383** |
| **Rodney Anthony Hindberg** | **Chapter 7** |
| **Debtor** | |

| | |
|---|---|
| **Habbo G. Fokkena, United States Trustee** | |
| **Plaintiff,** | |
| **vs.** | **Adv. No.** |
| **Rodney Anthony Hindberg** | |
| **Defendant.** | |

**COMPLAINT OBJECTING TO DISCHARGE**

Habbo G. Fokkena, United States Trustee, plaintiff, for his complaint against Rodney

Anthony Hindberg, defendant, states and alleges that:

1.     This complaint is filed under FED. R. BANKR. P. 7001(4) and seeks an order

denying the defendant's discharge pursuant to 11 U.S.C. § 727(a)(8).

2.     This court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C.

§§ 157 and 1334 and FED. R. BANKR. P. 4004.  This proceeding is a core proceeding.

3.     The United States Trustee has standing to commence this adversary proceeding

pursuant to 28 U.S.C. § 586(a) and 11 U.S.C. § 727(c)(1).

4.     The defendant is a resident of Minnesota.

5.     The defendant commenced the underlying chapter 7 bankruptcy case on May 5,

2010 (Bankr. No. 10-43383). *See* Att. Ex 1 (ECF Docket Report for 10-43383).

6.     The defendant commenced a prior chapter 7 bankruptcy case on March 30, 2010,

in the U.S. Bankruptcy Court, District of Minnesota  (Bankr. Case No. 04-41688).  The

defendant received a chapter 7 discharge on July 7, 2004.  *See* Att. Ex. 2 (ECF Docket  Report

for 04-41688).

      7.     The defendant failed to disclose the prior bankruptcy case on the petition filed in

the present case.  *See* Ex. 3 (Petition).

      8.     Pursuant to 11 U.S.C. § 727(a)(8), the defendant has been granted a discharge

under Section 727 in a case commenced within eight years before the date of filing this petition.

      WHEREFORE, the Plaintiff requests that this Court enter judgment denying the

defendant a discharge herein, together with such other and further relief as the Court deems just.

Dated: August 6, 2010                HABBO G. FOKKENA
                                UNITED STATES TRUSTEE
                                REGION 12

              BY:    /s/ Sarah J. Wencil
                    Sarah J. Wencil
                    Trial Attorney
                    Office of the United States Trustee
                    Suite 1015 U.S. Courthouse
                    300 S. 4th Street
                    Minneapolis, MN 55415
                    (612) 664-5504
                    IA ATTY NO. 14014

# Exhibit 1

# US Bankruptcy Court [LIVE]
## District of Minnesota (Minneapolis)
### Bankruptcy Petition #: 10-43383

*Date filed:* 05/05/2010

*Assigned to:* Chief Judge Nancy C Dreher
Chapter 7
Voluntary
No asset

**Debtor**
**Rodney Anthony Hindberg**
8425 Dupont Ave N
Brooklyn Park, MN 55444
SSN / ITIN: xxx-xx-2210

represented by **James R Doran**
James R Doran
416 East Hennepin
Minneapolis, MN 55414
612-379-5378
Email: wexf@hotmail.com

**Trustee**
**Timothy D Moratzka**
901 Marquette Ave
Ste 1400
Minneapolis, MN 55402
612-305-1666

**U.S. Trustee**
**US Trustee**
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415
612-664-5500

| Filing Date | # | Docket Text |
|---|---|---|
| 05/05/2010 | 1 | Chapter 7 voluntary petition re: Rodney Anthony Hindberg. Fee Amount $299.00 (Doran, James) (Entered: 05/05/2010) |
| 05/05/2010 | | Receipt of Voluntary chapter 7 petition(10-43383) [misc,volp7] ( 299.00) Filing Fee. Receipt number 4111899. Fee amount 299.00. (U.S. Treasury) (Entered: 05/05/2010) |
| 05/05/2010 | 2 | Certificate of credit counseling filed by Rodney Anthony Hindberg. (Doran, James) (Entered: 05/05/2010) |
| 05/05/2010 | 3 | Debtor's income records filed by Rodney Anthony Hindberg. (Doran, James) (Entered: 05/05/2010) |

| 05/05/2010 | 4 | Signature declaration (re: 1 Voluntary chapter 7 petition) filed by Rodney Anthony Hindberg. (Doran, James) (Entered: 05/05/2010) |
|---|---|---|
| 05/06/2010 | 5 | Meeting of Creditors. Trustee Timothy D Moratzka assigned to the case. 341(a) meeting to be held on 6/10/2010 at 10:00 AM at Mtg Minneapolis - US Courthouse, 300 S 4th St 10th Floor. Certificate of completion of financial management course due 7/26/2010. Last day to oppose discharge or dischargeability is 8/9/2010. (Sheila MNBM) (Entered: 05/06/2010) |
| 05/08/2010 | 6 | BNC Certificate of mailing - Meeting of creditors. Service Date 05/08/2010. (Admin.) (Entered: 05/08/2010) |
| 05/12/2010 | 7 | Amended Meeting of Creditors 341(a) meeting to be held on 6/10/2010 at 03:00 PM at Mtg Minneapolis - US Courthouse, 300 S 4th St 10th Floor. (Sheila MNBM) (Entered: 05/12/2010) |
| 05/14/2010 | 8 | BNC Certificate of mailing - Meeting of creditors. Service Date 05/14/2010. (Admin.) (Entered: 05/17/2010) |
| 06/15/2010 |   | Chapter 7 Trustee's Report of No Distribution: I, Timothy D Moratzka, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 140813.00, Assets Exempt: Not Available, Claims Scheduled: $ 532531.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $532531.00. (Moratzka, Timothy) (Entered: 06/15/2010) |
| 07/22/2010 | 9 | Certificate of completion of financial management course filed by Debtor Rodney Anthony Hindberg. (Doran, James) (Entered: 07/22/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/06/2010 14:08:05 | | | |
| **PACER Login:** | ux2539 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 10-43383 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Exhibit 2

**CLOSED**

## US Bankruptcy Court [LIVE]
## District of Minnesota (Minneapolis)
## Bankruptcy Petition #: 04-41688

*Date filed:*   03/30/2004
*Date terminated:*   07/16/2004
*Date discharged:*   07/07/2004

*Assigned to:* Judge Nancy C Dreher
Chapter 7
Voluntary
No asset

*Debtor*
**LONNIE HINDBERG**
7848 HAMPSHIRE AVE N
BROOKLYN PARK, MN 55445
( )
SSN / ITIN: xxx-xx-9025

represented by **Tim Theisen**
Timothy Casey Theisen PA
229 Jackson St
Ste 105
Anoka, MN 55303
763-421-0965
Email: amy@theisenlaw.com

*Debtor*
**RODNEY HINDBERG**
10944 4TH ST NE
BLAINE, MN 55434
( )
SSN / ITIN: xxx-xx-2210

represented by **Tim Theisen**
(See above for address)

*Trustee*
**Randall L. Seaver**
12400 Portland Avenue South
Suite 132
Burnsville, MN 55337
952-890-0888

*U.S. Trustee*
**US Trustee**
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415
612-664-5500

| Filing Date | # | Docket Text |
|---|---|---|
| 03/30/2004 | 1 | Voluntary Petition all schedules and statements. Electronically filed by Tim Theisen on: Tue Mar 30 13:50:37 2004 (Theisen, Tim ) (Entered: 03/30/2004) |
| | | Declaration of Original Signature Re: [1-1] Electronic Voluntary |

| 03/30/2004 | 2 | Petition . (Theisen, Tim ) (Entered: 03/30/2004) |
|---|---|---|
| 03/30/2004 | | Added U S TRUSTEE. (auto) (Entered: 03/30/2004) |
| 03/30/2004 | 3 | Creditor list supplied by debtor. (Theisen, Tim ) (Entered: 03/30/2004) |
| 04/01/2004 | | Filing Fee Paid in Full Re: [1-1] Electronic Voluntary Petition ( Filing Fee $ 209.00 Receipt # 155265) (RMG) (Entered: 04/01/2004) |
| 04/01/2004 | 4 | Appointment of Interim Trustee and Approval of Bond. (RMG) (Entered: 04/01/2004) |
| 04/01/2004 | 5 | Notice of Meeting of Creditors under 11 USC 341(a) Scheduled For 10:30 5/4/04 At U.S. Courthouse 10th Floor Last Day To Oppose Discharge: 7/6/04 Certificate of Service. (RMG) (Entered: 04/01/2004) |
| 05/05/2004 | | Notice of no asset case by trustee. Meeting of creditors held 05/04/2004. (Seaver, Randall L.) (Entered: 05/05/2004) |
| 07/07/2004 | 6 | Order Discharging Debtor RODNEY HINDBERG, Debtor LONNIE HINDBERG . Certificate of Service. (PAB) (Entered: 07/07/2004) |
| 07/16/2004 | | This estate having been fully administered, Judge NANCY C DREHER hereby orders that the trustee is discharged and this case is closed. (DRD) (Entered: 07/16/2004) |
| 07/16/2004 | | Case Closed. (DRD) (Entered: 07/16/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/06/2010 14:08:41 | | | |
| **PACER Login:** | ux2539 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 04-41688 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# Exhibit 3

**Form B1, p.1 (04/10)**   *Blumberg*Excelsior, Inc., Publisher, NYC 10013

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **District of**   Minnesota | |

| Name of Debtor(if individual, enter Last, First, Middle): <br> Rodney Anthony Hindberg | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the debtor in the last 8 years (include maiden and trade names): | All Other Names used by the joint debtor in the last 8 years (include maiden and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all):   2210 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City and State): <br> 8425 Dupont Ave N <br><br> Brooklyn Park MN         ZIP CODE  55444 | Street Address of Joint Debtor (No. & Street, City and State):         ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> Hennepin | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):         ZIP CODE | Mailing Address of Joint Debtor (if different from street address):         ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):         ZIP CODE | |

**Type of Debtor (Form of Organization)**
(Check one box)
- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code *(the Internal Revenue Code).*

**Nature of Business**
(Check all applicable boxes)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)
- ☒ Chapter 7      ☐ Chapter 11      ☐ Chapter 15 Petition for Recognition
- ☐ Chapter 9      ☐ Chapter 12           of a Foreign Main Proceeding
- ☐ Chapter 13      ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts (check one box)**
- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders of affiliates) are less than $2,343,300.

**Filing Fee**   (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee Waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors in accordance with 11 U.S.C. § 1126(b).

THIS SPACE FOR COURT USE ONLY

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds for distribution to unsecured creditors

| Estimated number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Form B1, p.2 (04/10)          *Blumberg*Excelsior, Inc., Publisher, NYC 10013

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Rodney Anthony Hindberg |

### All prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: | Case Number | Date Filed: |
| --- | --- | --- |
| | | |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
| --- | --- | --- |
| District | Relationship: | Judge: |

| Exhibit A | Exhibit B |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exehange Act of 134 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾  ‾‾‾‾‾‾<br>Signature of Attorney for Debtor(s).    Date: |

**Exhibit C**

Docs the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a seperate Exhibit D.)

☒ Exhibt D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made part of this petition.

**Information Regarding the Debtor-Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately procceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business, or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or procceding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this district.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

Name of landlord that obtained judgment:

Address of landlord:

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. & 362(1)).

**Form B1, p.3 (04/10)**                    **Blumberg**Excelsior. Inc.. Publisher. NYC 10013

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Rodney Anthony Hindberg |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter title 11, United States Code, specified in this petition.

X_____
  Signature of Debtor

X_____
  Signature of Joint Debtor

  Telephone Number (If not represented by attorney)

_____
                          Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correc, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code.  Certified eopies of the documents required by §1515 of title 11 are attached.

☐   Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X _____
  Signature of Attorney for Debtor(s)
  Printed Name of Attorney for Debtor(s)
  James R. Doran #23681
  Firm Name
  Doran Law Firm
  Address
  416 East Hennepin, Suite 115
  Minneapolis, MN 55414
  Telephone Number
  612-379-5378
  Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor(Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
  Signature of Authorized Individual

  Printed Name of Authorized Individual

  Title of Authorized Individual

  Date _____

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this coument and the notices and information required under 11 U.S.C. §§110(h), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. §110.)
Address

X _____
Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## VERIFICATION

I, Sarah J. Wencil, a trial attorney for the United States Trustee, the petitioner herein,

declare under penalty of perjury that the foregoing is true and correct according to the best of my

knowledge, information and belief.


Executed on August 6, 2010                    /s/ Sarah J. Wencil
                                                      Sarah J. Wencil
                                                      Trial Attorney
                                                      Suite 1015 U.S. Courthouse
                                                      300 S. 4th Street
                                                      Minneapolis, MN 55415
                                                      (612) 664-5504
                                                      IA ATTY NO. 14014