UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

BK 10-43383

Rodney Anthony Hindberg,

Chapter 7

        Debtor.

---

Habbo G. Fokkena, United States Trustee,

        Plaintiff,

vs.

Adv. No. 10-4171

Rodney Anthony Hindberg

        Defendant.

---

    This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Nancy C. Dreher, United States Bankruptcy Judge, presiding.

IT IS THEREFORE ORDERED AND ADJUDGED:

1. The discharge of the Defendant, Rodney Anthony Hindberg is DENIED in bankruptcy case number 10-43383. LET JUDGMENT BE ENTERED

Dated: October 6, 2010          Lori A. Vosejpka
At:     Minneapolis, Minnesota      Clerk of Bankruptcy Court

        By:    /e/ Kristin Neff
              Kristin Neff, Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/06/2010*
Lori Vosejpka, Clerk, By kn, Deputy Clerk