**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Rodney Anthony Hindberg

Case No: 10–43383

Debtor(s)

Chapter 7 Case

## NOTICE TO CREDITORS: DISCHARGE DENIED

TO: All creditors and other parties in interest:

The discharge of Rodney Anthony Hindberg has been denied by order or judgment entered and filed on 10/6/10 under 11 U.S.C. Section 727(a).

Dated: 10/6/10

<u>Lori Vosejpka</u>
Clerk, United States Bankruptcy Court

By: Kristin
Deputy Clerk

**mnbntdnd** 12/22/2005 – kb